STATE EX REL. EMPLOYMENT SECURITY COMM. v. PARIS

[330 N.C. 114 (1991)]

STATE OF NORTH CAROLINA, EX REL. EMPLOYMENT SECURITY COMMIS-
SION v. THELMA PARIS v. MARY. D. EMMERSON

No. 132A91

(Filed 3 October 1991)

APPEAL by claimant-appellant Thelma Paris pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 101 N.C. App. 469, 400 S.E.2d 76 (1991), affirming the judgment of *Battle, J.,* at the 13 December 1989 session of Superior Court, ORANGE County. Heard in the Supreme Court on 11 September 1991.

*C. Coleman Billingsley, Jr. for appellee Employment Security Commission of North Carolina.*

*North State Legal Services, Inc., by Carlene McNulty, for claimant-appellant Thelma Paris.*

*Long & Long, by Lunsford Long, for appellee Mary D. Emmerson.*

PER CURIAM.

Affirmed.